**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
**REX MARTINEZ, ESQ.**
Nevada Bar No. 15277
E-mail: rmartinez@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Tel: (702) 805-8340
Fax: (702) 805-8340
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| THEODORE PENTECOST, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>FRIENDLY FORD, a domestic corporation, DOES I -X; ROE CORPORATIONS I -X,<br><br>Defendant. | CASE NO.: 2:20-cv-02337-JCM-DJA<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Plaintiff THEODORE PENTECOST ("Plaintiff") and Defendant FRIENDLY FORD ("Defendant") by and through their counsel of record, hereby stipulate and agree to the dismissal of this action in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees.

The parties agree that neither party shall be deemed to be a prevailing party in this action and that neither party will file for an award of attorneys' fees or costs pursuant to any rule, statute or law, whether local, state, or federal, in any forum that would be available.

///

///

///

Page **1** of **2**

| | |
|---|---|
| Dated: April 27, 2021 | Dated: April 27, 2021 |
| HKM EMPLOYMENT ATTORNEYS LLP | FISHER & PHILLIPS LLP |
| By: */s/ Jenny L. Foley*<br>JENNY L. FOLEY, Ph.D., ESQ.<br>Nevada Bar No. 9017<br>E-mail: jfoley@hkm.com<br>REX MARTINEZ, ESQ.<br>Nevada Bar No. 15277<br>E-mail: rmartinez@hkm.com<br>1785 East Sahara, Suite 300<br>Las Vegas, Nevada 89104<br>Telephone: (702) 805-8340<br>Facsimile: (702) 805-8340<br>*Attorneys for Plaintiff* | By: */s/ Scott M. Mahoney*<br>SCOTT M. MAHONEY, ESQ.<br>Nevada Bar No. 1099<br>300 S. Fourth Street, Suite 1500<br>Las Vegas, NV 89101<br>Telephone: (702) 252-3131<br>E-Mail Address: smahoney@fisherphillips.com<br>*Attorney for Defendant* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: April 29, 2021